IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01812-AP

CHARLENE J. PACHECO

       Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

> For Plaintiff:
> MICHAEL A. DESAULNIERS
> 402 W. 12th Street
> Pueblo, CO 81003
> seckarlaw@mindspring.com
>
> For Defendant:
> JOHN F. WALSH
> United States Attorney
>
> KEVIN TRASKOS
> Chief, Civil Division
> United States Attorney's Office
> District of Colorado
>
> THOMAS H. KRAUS
> Special Assistant United States Attorney
> 1001 17th Street
> Denver, Colorado 80202
> (303) 844-0017
> E-mail: tom.kraus@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A.     Date Complaint Was Filed:**  7/30/10

   **B.     Date Complaint Was Served on U.S. Attorney's Office:**  9/7/10

   **C.     Date Answer and Administrative Record Were Filed**:  11/8/11

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     BRIEFING SCHEDULE**

   **A.     Plaintiff's Opening Brief Due:**  1/20/11

   **B.     Defendant's Response Brief Due:**  2/28/11

   **C.     Plaintiff's Reply Brief (If Any) Due:**  3/15/11

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

   A.      **Plaintiff's Statement:** Plaintiff does not request oral argument

   B.      **Defendant's Statement:**  Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

   *Indicate below the parties' consent choice.*

   A.      **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.      **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

   DATED this 29th  day of November, 2010.

                              BY THE COURT:


                               s/John L. Kane
                              U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael A. Desaulniers                           JOHN F. WALSH
MICHAEL A. DESAULNIERS                         UNITED STATES ATTORNEY
402 W. 12th Street
Pueblo, CO 81003                                      KEVIN TRASKOS
seckarlaw@mindspring.com                         Chief, Civil Division
                                                            United States Attorney's Office
Attorney for Plaintiff                                 District of Colorado

                                                            s/ Thomas H. Kraus
                                                            By: THOMAS H. KRAUS
                                                            Special Assistant U.S. Attorney
                                                            Social Security Administration
                                                            Office of the General Counsel
                                                            1001 17th Street
                                                            Denver, Colorado 80202
                                                            (303) 844-0017
                                                            tom.kraus@ssa.gov

                                                            Attorneys for Defendant